1 ADAM K. BULT, ESQ., Nevada Bar No. 9332
abult@bhfs.com
2 TRAVIS F. CHANCE, ESQ., Nevada Bar No. 13800
tchance@bhfs.com
3 BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
4 Las Vegas, NV 89106-4614
Telephone: 702.382.2101
5 Facsimile: 702.382.8135

6 *Attorneys for Plaintiffs*,
CANTERS DELI LAS VEGAS, LLC and
7 CANTERS DELI TIVOLI VILLAGE LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CANTERS DELI LAS VEGAS LLC, a citizen of the state of California; and CANTERS DELI TIVOLI VILLAGE LLC, a citizen of the State of California,<br><br>*Plaintiffs*,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, a citizen of the States of Delaware and Georgia; BANK OF AMERICA, N.A., a citizen of the State of North Carolina; FREEDOMPAY, INC., a citizen of the States of Delaware and Pennsylvania; and DOES 1 through 10,<br><br>*Defendants*. | CASE NO.: 2:18-cv-01908-KJD-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND RESPONSE AND REPLY DEADLINES IN CONNECTION WITH DEFENDANT FREEDOMPAY, INC.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE TO THE EASTERN DISTRICT OF PENNSYLVANIA**<br><br>**[FIRST REQUEST]** |

Plaintiffs CANTERS DELI LAS VEGAS LLC and CANTERS DELI TIVOLI VILLAGE LLC (together, "Canters"), and Defendant FREEDOMPAY, INC. ("FreedomPay"), by and through their undersigned counsel of record, hereby stipulate and agree to extend the response and reply deadlines in connection with Defendant FreedomPay, Inc.'s Motion To Dismiss or, in the Alternative, to Transfer Venue to the Eastern District of Pennsylvania filed on November 8, 2018 (Motion to Dismiss"), as follows:

WHEREAS, the current deadline for Canters to file a response to FreedomPay's Motion to Dismiss is November 26, 2018.

WHEREAS, on November 21, 2018, given that Canters' response deadline immediately

follows the Thanksgiving holiday, counsel for Canters and FreedomPay conferred and reached an agreement to extend the deadline for Canters to file and serve a response to FreedomPay's Motion to Dismiss up to and including December 3, 2018. The parties have also agreed to extend FreedomPay's reply deadline through December 10, 2018. This is the parties' first request for an extension of time.

THEREFORE, in consideration of the foregoing, the parties request that the Court modify the briefing schedule, as follows:

1. That the deadline for Canters to file a response to FreedomPay's Motion to Dismiss is extended up to and including **December 3, 2018**; and

2. That the deadline for FreedomPay to file a reply in support of FreedomPay's Motion to Dismiss is extended up to and including **December 10, 2018**.

DATED this 21st day of November, 2018

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: */s/ Adam K. Bult*
ADAM K. BULT, ESQ. (SBN: 9332)
abult@bhfs.com
TRAVIS F. CHANCE, ESQ. (SBN: 13800)
tchance@bhfs.com
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

*Attorneys For Plaintiffs,*
CANTERS DELI LAS VEGAS, LLC and
CANTERS DELI TIVOLI VILLAGE LLC

DATED this 21st day of November, 2018

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Craig J. Mariam*
CRAIG J. MARIAM (SBN: 10926)
cmariam@grsm.com
LYNNE K. McCHRYSTAL (SBN: 14739)
lmcchrystal@grsm.com
300 S. 4th Street, Suite 1550
Las Vegas, Nevada 89101

*Attorney for Defendant*
FREEDOMPAY, INC.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: 11/26/2018