ADAM K. BULT, ESQ., Nevada Bar No. 9332
abult@bhfs.com
TRAVIS F. CHANCE, ESQ., Nevada Bar No. 13800
tchance@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Plaintiffs*,
CANTERS DELI LAS VEGAS, LLC and
CANTERS DELI TIVOLI VILLAGE LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CANTERS DELI LAS VEGAS LLC, a citizen of the state of California; and CANTERS DELI TIVOLI VILLAGE LLC, a citizen of the State of California,<br><br>*Plaintiffs*,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, a citizen of the States of Delaware and Georgia; BANK OF AMERICA, N.A., a citizen of the State of North Carolina; FREEDOMPAY, INC., a citizen of the States of Delaware and Pennsylvania; and DOES 1 through 10,<br><br>*Defendants*. | CASE NO.: 2:18-cv-01908-KJD-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND REPLY DEADLINE TO DEFENDANTS BANC OF AMERICA MERCHANT SERVICES, LLC AND BANK OF AMERICA'S MOTION TO DISMISS**<br><br>**[FIRST REQUEST]** |

Plaintiffs CANTERS DELI LAS VEGAS LLC and CANTERS DELI TIVOLI VILLAGE LLC (together, "Canters"), and Defendants BANC OF AMERICA MERCHANT SERVICES, LLC, and BANK OF AMERICA, N.A. (together, "Bank of America"), by and through their undersigned counsel of record, hereby stipulate and agree to extend the reply deadline to Defendants Banc of America Merchant Services, LLC and Bank of America's Motion To Dismiss filed on November 9, 2018 ("Motion to Dismiss"), as follows:

WHEREAS, the current deadline for Bank of America to file its reply supporting its Motion to Dismiss is December 10, 2018.

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

WHEREAS, counsel for Canters and Bank of America conferred and reached an agreement to extend the deadline for Bank of America to file a reply supporting its Motion to Dismiss up to and including December 17, 2018. This is the parties' first request for an extension of time on the reply brief.

THEREFORE, in consideration of the foregoing, the parties request that the Court modify the briefing schedule, as follows:

1. That the deadline for Bank of America to file a reply supporting its Motion to Dismiss is extended up to and including **December 17, 2018**.

DATED this 7th day of December, 2018

BROWNSTEIN HYATT FARBER
SCHRECK, LLP

By: */s/ Adam K. Bult*
ADAM K. BULT, ESQ. (SBN: 9332)
abult@bhfs.com
TRAVIS F. CHANCE, ESQ. (SBN: 13800)
tchance@bhfs.com
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

*Attorneys For Plaintiffs,*
*CANTERS DELI LAS VEGAS, LLC and*
*CANTERS DELI TIVOLI VILLAGE LLC*

DATED this 7th day of December, 2018

AKERMAN LLP

By: */s/ Rex D. Garner*
ARIEL E. STERN, ESQ. (SBN: 8276)
ariel.stern@akerman.com
REX D. GARNER, ESQ. (SBN: 9401)
rex.garner@akerman.com
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys For Defendants,*
*BANC OF AMERICA MERCHANT*
*SERVICES, LLC and BANK OF AMERICA,*
*N.A.*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: __12/10/2018_____