1  ADAM K. BULT, ESQ., Nevada Bar No. 9332
   abult@bhfs.com
2  TRAVIS F. CHANCE, ESQ., Nevada Bar No. 13800
   tchance@bhfs.com
3  BROWNSTEIN HYATT FARBER SCHRECK, LLP
   100 North City Parkway, Suite 1600
4  Las Vegas, NV  89106-4614
   Telephone:  702.382.2101
5  Facsimile:   702.382.8135

6  *Attorneys for Plaintiffs*,
   CANTERS DELI LAS VEGAS, LLC and
7  CANTERS DELI TIVOLI VILLAGE LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CANTERS DELI LAS VEGAS LLC, a citizen of the state of California; and CANTERS DELI TIVOLI VILLAGE LLC, a citizen of the State of California,<br><br>*Plaintiffs*,<br><br>v.<br><br>BANC OF AMERICA MERCHANT SERVICES, LLC, a citizen of the States of Delaware and Georgia; BANK OF AMERICA, N.A., a citizen of the State of North Carolina; FREEDOMPAY, INC., a citizen of the States of Delaware and Pennsylvania; and DOES 1 through 10,<br><br>*Defendants*. | CASE NO.: 2:18-cv-01908-KJD-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND RESPONSE AND REPLY DEADLINES IN CONNECTION WITH DEFENDANT FREEDOMPAY, INC.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE TO THE EASTERN DISTRICT OF PENNSYLVANIA**<br><br>**[SECOND REQUEST]** |

Plaintiffs CANTERS DELI LAS VEGAS LLC and CANTERS DELI TIVOLI VILLAGE LLC (together, "Canters"), and Defendant FREEDOMPAY, INC. ("FreedomPay"), by and through their undersigned counsel of record, hereby stipulate and agree to extend the reply deadline in connection with Defendant FreedomPay, Inc.'s Motion To Dismiss or, in the Alternative, to Transfer Venue to the Eastern District of Pennsylvania filed on November 8, 2018 ("Motion to Dismiss"), as follows:

WHEREAS, the parties previously agreed to extend the response and reply deadlines associated with the Motion to Dismiss (*see* ECF No. 17);

WHEREAS, due to a clerical error, the stipulation submitted to the Court erroneously

1

identified the reply response as December 10, 2018, instead of December 17, 2018, as the parties agreed. The Court then granted the stipulation, such that the current deadline is currently set for December 10, 2018 (*see* ECF No. 18); and

WHEREAS, the parties therefore seek the Court's approval to extend the deadline for FreedomPay to file its reply in support of its Motion to Dismiss, and this is their second request.

THEREFORE, in consideration of the foregoing, the parties request that the Court modify the briefing schedule, as follows:

2. That the deadline for FreedomPay to file a reply in support of FreedomPay's Motion to Dismiss is extended up to and including **December 17, 2018**.

DATED this 4th day of December, 2018

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: */s/ Adam K. Bult*
ADAM K. BULT, ESQ. (SBN: 9332)
abult@bhfs.com
TRAVIS F. CHANCE, ESQ. (SBN: 13800)
tchance@bhfs.com
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

*Attorneys For Plaintiffs,*
*CANTERS DELI LAS VEGAS, LLC and*
*CANTERS DELI TIVOLI VILLAGE LLC*

DATED this 4th day of December, 2018

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Craig J. Mariam*
CRAIG J. MARIAM (SBN: 10926)
cmariam@grsm.com
LYNNE K. McCHRYSTAL (SBN: 14739)
lmcchrystal@grsm.com
300 S. 4th Street, Suite 1550
Las Vegas, Nevada 89101

*Attorney for Defendant*
*FREEDOMPAY, INC.*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated:   December 12, 2018