# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:19-CV-00320-MOC-DSC

| | |
|---|---|
| CANTERS DELI LAS VEGAS LLC et. al., | ) |
| | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) |
| **BANC OF AMERICA MERCHANT SERVICES LLC et. al.,** | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Travis F. Chance]" (document #41) filed July 17, 2019.  For the reasons set forth therein, the Motion will be granted

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: July 18, 2019

David S. Cayer
United States Magistrate Judge